1    *Counsel of Record on Following Page*

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11   RICHARD REYES, as an individual         Case No.   CV12-11028 R (VBKx)
     and on behalf of all others similarly
12   situated,                               **ORDER RE STIPULATION OF THE
                                             PARTIES**
13                    Plaintiff,
                                             **[FILED CONCURRENTLY WITH
14         v.                                STIPULATED PROTECTIVE
                                             ORDER]**
15   DOLLAR TREE STORES, INC., a
     corporation; and DOES 1 through         COMPLAINT FILED:  July 13, 2012
16   50,                                     FAC FILED: December 7, 2012
     inclusive,                              TRIAL DATE:  No date set.
17
                      Defendants.
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

MAUREEN E. MCCLAIN, Bar No. 062050
mcclain@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:  415.433.1940
Fax No.:      415.399.8490

ELIZABETH STAGGS WILSON, Bar No. 196962
estaggs-wilson@littler.com
K. KAYVAN IRADJPANAH, Bar No. 267548
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Telephone:  310.553.5308
Facsimile:   310.553.5583

Attorneys for Defendant
DOLLAR TREE STORES, INC.

KENNETH H. YOON, Bar No. 198443
STEPHANIE E. YASUDA, Bar No. 265480
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys For Plaintiff
RICHARD REYES

PETER M. HART, Bar No. 198691
LAW OFFICES OF PETER M. HART
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Attorneys for Plaintiff
RICHARD REYES

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION FOR PROTECTIVE ORDER

# ORDER

Good cause having been established by Stipulation of the Parties,

IT IS HEREBY ORDERED

1.    The Parties' Stipulation for Protective Order, attached hereto as Exhibit "A," is hereby entered in its entirety as an Order of this Court.

IT IS SO ORDERED.

Dated:   _February 5, 2013

_____
The Honorable Manuel L. Real
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.