1  KENNETH H. YOON (State Bar No. 198443)
   STEPHANIE E. YASUDA (State Bar No. 265480)
2  **LAW OFFICES OF KENNETH H. YOON**
   One Wilshire Blvd., Suite 2200
3  Los Angeles, California 90017
   Telephone: (213) 612-0988
4  Facsimile: (213) 947-1211

5  PETER M. HART (State Bar No. 198691)
   **LAW OFFICES OF PETER M. HART**
6  12121 Wilshire Blvd., Suite 205
   Los Angeles, California 90025
7  Telephone: (310) 478-5789
   Facsimile: (509) 561-6441
8
9  Attorneys for Plaintiff Richard Reyes

JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REYES, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DOLLAR TREE STORES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV12-11028 R (VBKx)<br><br>[Assigned for all purposes to Hon. Manuel L. Real, Courtroom No. 8]<br><br>**ORDER RE: PLAINTIFF RICHARD REYES' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT AND MOTION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Date:     March 4, 2013<br>Time:.    10:00 a.m<br>Place:    Courtroom 8 |

[PROPOSED] ORDER RE: PLAINTIFF RICHARD REYES' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT AND MOTION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION

**ORDER**

Plaintiff Richard Reyes' Motion to Remand Case to California Superior Court and Motion to Extend Deadline to File Motion for Class Certification came for hearing in Courtroom 8 of this Court on March 4, 2013.

Having read and considered the papers of the Parties and having heard the Parties' argument, this Court hereby orders as follows:

1) Plaintiff's Motion to Remand Case to California Superior Court is GRANTED.

2) Plaintiff's Motion to Extend Deadline to File Motion for Class Certification is thus mooted.

IT IS SO ORDERED.

Dated: March 6, 2013   _____

Honorable Manuel L. Real
Judge of the United States District Court

1

[PROPOSED] ORDER RE: PLAINTIFF RICHARD REYES' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT AND MOTION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION